1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5  Noa_Oren@fd.org

6  Attorney for Defendant
   CHRISTOPHER GRADY
7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )   Case No. 2:13-cr-137 TLN
11                                 )
              Plaintiff,           )
12                                 )   STIPULATION TO CONTINUE
                                   )   STATUS CONFERENCE AND TO
13         v.                      )   EXCLUDE TIME
                                   )
14  CHRISTOPHER GRADY,             )
                                   )   Date:  August 13, 2015
15            Defendant.           )   Time: 9:30 a.m.
                                   )   Judge: Troy L. Nunley
16  ──────────────────────────────

17         IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S.

18  Attorney, through Matthew Morris, Assistant United States Attorney, attorney for

19  Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal

20  Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference

21  scheduled for July 9, 2015 be vacated and continued to August 13, 2015 at 9:30

22  a.m.

23         The reasons for the continuance are to review additional discovery with

24  client and to continuing investigating the facts of the case.

25         Based upon the foregoing, the parties agree time under the Speedy Trial Act

26  should be excluded of this order's date through and including August 13, 2015;

27  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

28

1   General Order 479, Local Code T4 based upon continuity of counsel and defense
2   preparation.
3           Counsel and the defendant also agree that the ends of justice served by the
4   Court granting this continuance outweigh the best interests of the public and the
5   defendant in a speedy trial.
6   DATED: July 7, 2015                  HEATHER E. WILLIAMS
                                         Federal Defender
7

8                                        /s/ *Noa e. Oren*
9                                        NOA E. OREN
                                         Assistant Federal Defender
10                                       Attorney for Defendant
11                                       CHRISTOPHER GRADY

12  DATED: July 7, 2015                  BENJAMIN B. WAGNER
                                         United States Attorney
13

14                                       /s/ *Matthew Morris*
15                                       MATTHEW MORRIS
                                         Assistant U.S. Attorney
16                                       Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 13, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 9, 2015 status conference shall be continued until August 13, 2015, at 9:30 a.m.

DATED: July 7, 2015

_____
Troy L. Nunley
United States District Judge