HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-137 TLN |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| CHRISTOPHER GRADY, ) | |
| Defendant. ) | Date:   September 3, 2015<br>Time:   9:30 a.m.<br>Judge:  Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for August 13, 2015 be vacated and continued to September 3, 2015 at 9:30 a.m.

The reasons for the continuance are to review additional discovery with client and to continuing investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 3, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

1  General Order 479, Local Code T4 based upon continuity of counsel and defense
2  preparation.
3      Counsel and the defendant also agree that the ends of justice served by the
4  Court granting this continuance outweigh the best interests of the public and the
5  defendant in a speedy trial.

7  DATED: August 11, 2015              HEATHER E. WILLIAMS
                                       Federal Defender
8
9                                      /s/ *Noa E. Oren*
                                       NOA E. OREN
10                                     Assistant Federal Defender
11                                     Attorney for Defendant
                                       CHRISTOPHER GRADY
12
13 DATED: August 11, 2015              BENJAMIN B. WAGNER
                                       United States Attorney
14
15                                     /s/ *Matthew Morris*
                                       MATTHEW MORRIS
16                                     Assistant U.S. Attorney
17                                     Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 3, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 13, 2015 status conference shall be continued until September 3, 2015, at 9:30 a.m.

DATED: August 11, 2015

Troy L. Nunley
United States District Judge