HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER GRADY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 13-cr-137 TLN <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME <br><br> Date:  September 24, 2015 <br> Time:  9:30 a.m. <br> Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for September 24, 2015 be vacated and continued to October 8, 2015 at 9:30 a.m.

The reasons for the continuance are to review additional discovery with client and to continuing investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 8, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 21, 2015          HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ *Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CHRISTOPHER GRADY

DATED: September 21, 2015          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ *Matthew Morris*
                                   MATTHEW MORRIS
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 8, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 24, 2015 status conference shall be continued until October 8, 2015, at 9:30 a.m.

DATED: September 21st, 2015

_____
Troy L. Nunley
United States District Judge