HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00137-TLN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| CHRISTOPHER GRADY, | ) ) | |
| Defendant. | ) ) ) ) | Date:   August 25, 2016 Time:  9:30 a.m. Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney,

through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for

Christopher Grady, that the status conference scheduled for August 25, 2016 be vacated and

continued to September 8, 2016 at 9:30 a.m.

The reason for the continuance is in order to try to resolve the case, and its associated

case, globally towards a non-trial resolution. Defense counsel also requires more time to review

discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including September 8, 2016;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1    based upon continuity of counsel and defense preparation.

2          Counsel and the defendant also agree that the ends of justice served by the Court granting

3    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4

5    DATED: August 11, 2016              HEATHER E. WILLIAMS
                                        Federal Defender
6
                                        /s/ *Noa E. Oren*
7                                       NOA E. OREN
                                        Assistant Federal Defender
8                                       Attorney for Defendant
                                        CHRISTOPHER GRADY
9

10   DATED: August 11, 2016              PHILLIP A. TALBERT
                                        Acting United States Attorney
11
                                        /s/ *Matthew Morris*
12                                      MATTHEW MORRIS
                                        Assistant U.S. Attorney
13                                      Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 8, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 25, 2016 status conference shall be continued until September 8, 2016 at 9:30 a.m.

DATED: August 11, 2016

_____
Troy L. Nunley
United States District Judge