HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER GRADY,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00137-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:　September 8, 2016<br>Time:　9:30 a.m.<br>Judge: Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for September 8, 2016 be vacated and continued to November 17, 2016 at 9:30 a.m.

　　　The reason for the continuance is in order to try to resolve the case, and its associated case, globally towards a non-trial resolution. Defense counsel also requires more time to review discovery.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 17, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 6, 2016        HEATHER E. WILLIAMS
Federal Defender

/s/ *Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER GRADY

DATED: September 6, 2016        PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 17, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 8, 2016 status conference shall be continued until November 17, 2016 at 9:30 a.m.

DATED: September 6, 2016

Troy L. Nunley
United States District Judge