PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. GRADY,<br><br>Defendant. | CASE NO. 2:13-CR-137-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 16, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 16, 2017.

2. By this stipulation, defendant now moves to continue the status conference until March 2, 2017, at 9:30 a.m., and to exclude time between February 16, 2017, and March 2, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 100 pages. The discovery in related case 2:15-CR-204-TLN includes more than 2,000 pages of reports and documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the evidence and discuss

potential resolution of the case with the defendant.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 16, 2017 to March 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  February 13, 2017       PHILLIP A. TALBERT
                  United States Attorney

                    /s/ MATTHEW G. MORRIS
                    MATTHEW G. MORRIS
                    Assistant United States Attorney

Dated:  February 13, 2017       HEATHER E. WILLIAMS
                    Federal Defender

                    /s/ NOA OREN
                    NOA OREN
                    Assistant Federal Defender
                    Counsel for Defendant
                    CHRISTOPHER M. GRADY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of February, 2017.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3